UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DRANOEL ENAJ BROWN,<br><br>                          Petitioner,<br><br>   v.<br><br>DEPARTMENT OF CORRECTIONS,<br><br>                          Respondent. | Case No. C24-124-BHS-MLP<br><br>ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS* |

Petitioner's application to proceed with this federal habeas action *in forma pauperis* (dkt. # 4) is GRANTED. The Clerk is directed to file Petitioner's petition for writ of habeas corpus without the prepayment of fees. The Clerk is further directed to send a copy of this Order to Petitioner.

DATED this 21st day of February, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING LEAVE TO
PROCEED *IN FORMA PAUPERIS* - 1